JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINLI COMPOSITES LTD. | CASE NO. 8:20-cv-00894-JLS-DFM |
| V. | |
| VORSTEINER, INC. ET AL. | **ORDER DISMISSING CASE** |

The Court, having reviewed the parties' Joint Notice of Conditional Settlement (Doc. 44), hereby ORDERS as follows:

1. The above-captioned case is hereby DISMISSED WITH PREJUDICE as to all parties and claims;

2. The Court shall retain jurisdiction over this action and the parties in order to enforce the provisions of the parties' settlement agreement.

DATED: April 13, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE